Case 4:22-cv-01282   Document 63   Filed on 02/07/24 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
February 08, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **C.R.J., A MINOR, BY AND THROUGH HIS FATHER, CARLOS RODRIGUEZ,** | § § § | |
| *Plaintiff*, | § § | |
| VS. | § § | CIVIL ACTION NO. 4:22-CV-01282 |
| **HARRIS COUNTY, TEXAS,** *et al.*, | § § § | |
| *Defendants*. | § | |

## CONDITIONAL ORDER OF DISMISSAL

Plaintiff and non-dismissed Defendant Dillow settled the above-captioned case in mediation before Magistrate Judge Dena Hanovice Palermo. *See* Minute Entry dated 02/01/2024. The case is therefore **DISMISSED WITHOUT PREJUDICE** to reinstatement of the claims if any party represents to the Court, within sixty (60) days of this Order, that the settlement could not be completely documented. The claims will be **DISMISSED WITH PREJUDICE** sixty (60) days after the entry of this Order unless any party moves for reinstatement or an extension of the conditional dismissal period before that date.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas on this the 7th day of February, 2024.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE